McCLARTY *v.* PENN MUTUAL LIFE INSURANCE COMPANY.

EVANS, P. J.    1. When no motion for a new trial is made, the evidence should be embodied in the bill of exceptions, or attached as an exhibit thereto, and properly identified, or contained in a brief approved by the trial judge and made part of the record.    In a suit on an insurance policy, where the case is tried on an agreed statement of facts, and a judgment in favor of the defendant is rendered by the court, and the exception is to this judgment, the embodiment in the record of what purports to be a copy of the agreement signed by counsel is not sufficient.    *Mann* v. *Archer,* 69 *Ga.* 767.

2. Without a consideration of the agreed statement of facts upon which the case was tried, this court is unable to review the correctness of

the final judgment on the merits; and as there is no other assignment of error in the bill of exceptions, an affirmance must necessarily result.

*Judgment affirmed. All the Justices concur.*

Argued November 6,—Decided December 19, 1908.

Action upon insurance policy. Before Judge Spence. Mitchell superior court. July 21, 1908.

*Mann & Milner,* for plaintiff,

*Wooten & Hofmayer,* for defendant.